SDNY PRO SE OFFICE

2023 MAR -9 AM 10:21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Odray Kevin THOMPSON/
Noble Odray Kevin thompson BAy

Write the full name of each plaintiff.

No. CR028833-22NY CR0065
22
(To be filled out by Clerk's Office)

-against-

Donaud J Trump INC. USA
Prince Andrew, princess Kate,
Middleton, Princess Meghen
Markle England/uthou

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

COMPLAINT
(Prisoner)

Do you want a jury trial?
☐ Yes  ☒ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _Reparions of Slavery Caribbean community_
_of Jamaica Portmore St Catrine_

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Odray_       _Kevin_       _Thompson_
First Name    Middle Initial   Last Name

_Noble Odray Bney / King Tuff Bussness_
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_Name_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Indigoments #47/20    00000/0000  Bail Bond_
Current Place of Detention _349 220 36 28_

_Court Part 71 Manhatten Supreme Booking case #_
Institutional Address _349 220 36 28_

_09 09  HAzen St  East Elmhurst  NY  11370_
County, City             State         Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner   _N/A_
☐ Other:     _N/A_

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:** L / Ward / Mam / N/A
First Name / Last Name / Shield #

Hon. Judge Part 71 Manhattan Supreme Court
Current Job Title (or other identifying information)

Current Work Address
111 Centre Street / NY, NY / 10007
County, City / State / Zip Code

**Defendant 2:** Alvin / Bragg Sir / N/A
First Name / Last Name / Shield #

Hon. District Attorney
Current Job Title (or other identifying information)

One Hogan Place
Current Work Address
N.Y., NY 10007
County, City / State / Zip Code

**Defendant 3:** Benny / Boscio Jr. / President
First Name / Last Name / Shield #

Current Job Title (or other identifying information)
President

Current Work Address
COBA main office TEL 212.274.8000 FAX 212.274.8255
County, City / State / Zip Code

**Defendant 4:** USA / New York / 11370
First Name / Last Name / Shield #

Mom Cort Warden
Current Job Title (or other identifying information)
Officer Warden

Current Work Address
09 09 Hanzen St Est Elmhursts NY 11370
County, City / State / Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _USA Rickers Island slave complex_

Date(s) of occurrence: _1865 By harabgerham Lincen_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I Self Law Odray Kevin Thompson Contents Support for Reparations of United Kingdom Africa Caribbean Jamaica. The Caribean Community Jamaica St Cathrine Portmore New land IS in need of help including me. The slavery been going for a long time Cristefor Columbus Kidnapping and of my oshvant they said Slavery Ended in the USA in 1865 with the end of the American Civil War Ratification of the Thirteeth Amendment to the United States Constitution I know for a Fact that Slavery is a mind set these days Its been 7 Years know Am upunder the Thirteeth Amentment Countrey Cook of deeds I did the Application With Noble Pearson Bay I hav a Docket Number, My S.S. Number is Still active here in New York city and this is the 3rd times I have been Kid-naped By that NYPD Police/ GANG and the Supreem court of NEW-York

Mcleod, Sheri-Kae 2021-07-15)
Jamaica Demands Billions in Slavery Reparations From UK" (https://www.caribbeannationalweekly.com/caribbean-breaking-news-featured/jamaica-demands-billions-in-slavery-reparation-from-uk) Caribbean News. Retrived 2021-07-15.

on the beoff of my people including my self as on free natsnal beens. I am demanding the Freedom and Justice Peace. From I was borne and my Father sined the Brith certificed in the year of 1993 November 20th. as I come fored to The Kings and Queens of England Even the Pince, and Pirress witch is/ name

Prince Andrew
Princess Kate Middleton
Princess Meghen

Relitives Names
Grand Father
Livingstan Thompson
Nadine A Elliott my mother D.O.B 1976
Coloden Elliott Grand Father
Remeish R Thompson Brother 1996
Tanice T Wynter Sister 2000
Tyrese M Wynter Brother 1998
Dandre Armstrong Brother 20002
Noble Odray Kevin Thompson Bay 1993
Dennis Duncan Date of 199?
Carol Moor                    Peace and Love
Tamas Ramgeet                 with the Lion and the
Kenroy Howell 1994            Lamb
                              ISLAM
                              M.S.T. OF. A

and this slave complex Ricers Island. Am A mooris Amreican of MST of A The Trib Am from the maroones/ Brillight moor/ moslem what I stand for is Love Truth Peace Freedom Justice unity Steant Power. I Need my brith Right and Right Nationality. Am Sueing because my Name is in capital latter of the Strowman.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Kidnapping By NYPD Department of Police Druge Wrongfuly By the Court of Supreme Brooklyn, Manhatten Queens Bronx Trametised, EYE RAPeing hand cuffed Bind BACK Beating, in Jeail & Working As A Slave for $ Five Cents A day.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

My Freedom out of Jeail Reparations For slavery of Africa coated Beack-nase Am A crediter and Lord, my Land mork Money Gold and Seventy $ 70 Billon Dallas.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated: 02/13/2023 | Plaintiff's Signature: Noble Odray BAY |

| First Name: Noble | Middle Initial: Odray | Last Name: Kevin Thompson BAY |

**Prison Address**
0909 HAZEN Est Elmhurst NY 11370
County, City — State — Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 02/13/2023

Page 6

In 1999, African-American lawyer and activist Randall Robinson, founder of the TransAfrica advocacy organization, wrote that America's history of race riots, lynching, and institutional discrimination have "resulted in $1.4 trillion in losses for African Americans".[12] Economist Robert Browne stated the ultimate goal of reparations should be to "restore the black community to the economic position it would have if it had not been subjected to slavery and discrimination".[13] He estimates a fair reparation value anywhere between $1.4 to $4.7 trillion, or roughly $142,000 (equivalent to $162,000 in 2021) for every black American living today.[13] Other estimates range from $5.7 to $14.2[14] and $17.1 trillion.[15]

In 2014, American journalist Ta-Nehisi Coates published an article titled "The Case for Reparations", which discussed the continued effects of slavery and Jim Crow laws and made renewed demands for reparations. Coates makes reference to Rep. John Conyers Jr.'s aforementioned H.R.40 Bill, pointing out that Congress's failure to pass this bill expresses a lack of willingness to right their past wrongs.[16]

In September 2016, the United Nations' Working Group of Experts on People of African Descent encouraged Congress to pass the aforementioned H.R.40 Bill to study reparations proposals, but the Working Group did not directly endorse any specific reparations proposal. The report noted that there exists a legacy of racial inequality in the United States, explaining that, "Despite substantial changes since the end of the enforcement of Jim Crow and the fight for civil rights, ideology ensuring the domination of one group over another, continues to negatively impact the civil, political, economic, social and cultural rights of African Americans today." The report notes that a "dangerous ideology of white supremacy inhibits social cohesion among the US population".[17]

The topic of reparations gained renewed attention in 2020[18] as the Black Lives Matter movement named reparations as one of their policy goals in the United States.

In 2020, rapper T.I. supported reparations that would give every African American $1,000,000 and asserted that slavery caused mass incarcerations, poverty and other ills.[19]

### Opposition to reparations

Opposition to slavery reparations is reflected in the general population. In a study conducted by *YouGov* in 2014, only 37% of Americans believed that slaves should have been provided compensation in the form of cash after being freed. Furthermore, only 15% believed that descendants of slaves should receive cash payments. The findings indicated a clear divide between black and white Americans on this issue. The study summarized their findings, noting: "Only 6% of white Americans support cash payments to the descendants of slaves, compared to 59% of black Americans. Similarly, only 19% of whites – and 63% of blacks – support special education and job training programs for the descendants of slaves."[20]

In 2014, in response to Ta-Nehisi Coates's article, "The Case for Reparations", conservative journalist Kevin D. Williamson published an article titled "The Case Against Reparations." In it, Williamson argues: "The people to whom reparations are owed are long dead".[21]

# United Kingdom

The African Reparations Movement, also known as ARM UK, was formed in 1993 following the Abuja Proclamation declared at the First Pan-African Conference on Reparations, in Abuja, Nigeria in the same year. The conference was convened by the Organisation of African Unity and the Nigerian government. On 10 May 1993 Bernie Grant MP, tabled a motion in the House of Commons that the House welcomes the proclamation and recognised that the proclamation *"calls upon the international community to recognise that the unprecedented moral debt owed to African people has yet to be paid, and urges all those countries who were enriched by enslavement and colonisation to review the case for reparations to be paid to Africa and to Africans in the Diaspora; acknowledges the continuing painful economic and personal consequences of the exploitation of Africa and Africans in the Diaspora and the racism it has generated; and supports the OAU as it intensifies its efforts to pursue the cause of reparations."* The motion was sponsored by Bernie Grant, Tony Benn, Tony Banks, John Austin-Walker, Harry Barnes, and Gerry Bermingham. An additional forty-six Labour Party MPs signed to support the motion including future leader of the opposition Jeremy Corbyn.[22]

The Abuja Proclamation called for national reparations committees to be set up throughout Africa and the Diaspora. Bernie Grant formed ARM UK as the co-founder and chairperson, with a core group including: secretary, Sam Walker; treasurer Linda Bellos and trustees Patrick Wilmott, Stephen Small, Dorothy Kuya and Hugh Oxley. The aims of the organisation were to:

WIKIPEDIA

# Reparations for slavery

**Reparations for slavery** is the application of the concept of reparations to victims of slavery and/or their descendants. There are concepts for reparations in legal philosophy and reparations in transitional justice. Reparations can take numerous forms, including: affirmative action, individual monetary payments, settlements, scholarships, waiving of fees, and systemic initiatives to offset injustices, land-based compensation related to independence, apologies and acknowledgements of the injustices,[1] token measures, such as naming a building after someone, or the removal of monuments and renaming of streets that honor slave owners and defenders of slavery.[2][3]

There are instances of reparations for slavery, relating to the Atlantic slave trade, dating back to at least 1783 in North America,[1] with a growing list of modern day examples of reparations for slavery in the United States in 2020 as the call for reparations in the US has been bolstered by protests around police brutality and other cases of systemic racism in the US.[4] Recently in the US, the call for reparations for racism has been made alongside calls for reparations for slavery.[5][2]

Despite many calls for reparations, examples of international reparations for slavery consist of recognition of the injustice of slavery and apologies for involvement but no material compensation.[6][7]

## Contents

**United States**
    Support for reparations
    Opposition to reparations
**United Kingdom**
**Africa**
**Caribbean**
    Haiti
    Caribbean Community (CARICOM)
    CARICOM Reparations Commission
**See also**
**References**
**Further reading**
**External links**

# United States

Slavery ended in the United States in 1865 with the end of the American Civil War and the ratification of the Thirteenth Amendment to the United States Constitution, which declared that, "Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction".[8] At that time, an estimated four million African Americans were set free.[9]

## Support for reparations

Within the political sphere, a bill demanding slavery reparations has been proposed at the national level, the "Commission to Study Reparation Proposals for African Americans Act," which former Rep. John Conyers Jr. (D-MI) reintroduced to the United States Congress every year from 1989 until his resignation in 2017.[10] As its name suggests, the bill recommended the creation of a commission to study the "impact of slavery on the social, political and economic life of our nation".,[11] however there are cities and institutions which have initiated their own reparations in the US (see § Legislation and other actions for a list).

Noble Odroy K Thompson
BC# 3492203628
09-09 Hazen Street E. Elmhurst
NEW YORK 11370



U.S. POSTAGE PAID
FCM LG ENV
LONG ISLAND CITY, NY
11101
FEB 23, 23
AMOUNT
$9.48
RDC 99  10007  R2305M148528-1



CERTIFIED MAIL
7021 2720 0001 1798 0977

PO F

USDC
Mailing Address
500 Pearl Street New York NY 10007



RECEIVED
MAR 08 2023
CLERK'S OFFICE
S.D.N.Y.

2023 MAR -9 AM 10: 21
RECEIVED
SDNY PRO SE OFFICE